[No. 26586-9-II.   Division Two.   June 28, 2002.]

THE STATE OF WASHINGTON, *Respondent*, v. BARBARA LEE COOMBS, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 00-1-00874-9, William J. Kamps, J., entered October 27, 2000. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Hunt, C.J., and Quinn-Brintnall, J.

[No. 26696-2-II.   Division Two.   June 28, 2002.]

LOUIE MOSSANO, ET AL., *Respondents*, v. KITSAP COUNTY, *Appellant*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 99-2-03477-7, Leonard W. Kruse, J., entered November 3, 2000. *Affirmed* by unpublished opinion per Houghton, J., concurred in by Quinn-Brintnall, A.C.J., and Morgan, J.

[No. 27386-1-II.   Division Two.   June 28, 2002.]

*In the Matter of the Marriage of* ANGELA K. MCCAUSLAND, *Respondent*, and ROBERT G. MCCAUSLAND, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 99-3-01357-2, Frederick W. Fleming, J., entered April 20, 2001. *Reversed* by unpublished opinion per Hunt, C.J., concurred in by Armstrong and Quinn-Brintnall, JJ.

[No. 27703-4-II.   Division Two.   June 28, 2002.]

JAMES JOHNSTONE, *Appellant*, v. CHIPS CASINO, L.L.C., *Respondent*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 00-2-01096-8, Leila Mills, J., entered July 12, 2001. *Affirmed* by unpublished opinion per Hunt, C.J., concurred in by Morgan and Houghton, JJ.